Certificate Number: 03088-TXS-CC-012539409



03088-TXS-CC-012539409

Southern District of Texas
FILED

OCT 0 4 2010

Clerk of Court

# CERTIFICATE OF COUNSELING

I CERTIFY that on October 3, 2010, at 3:51 o'clock PM CDT, Efrain Montes received from Debt Education and Certification Foundation, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Southern District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone.

Date: October 3, 2010            By:    /s/Jesus Martinez

                                 Name:  Jesus Martinez

                                 Title: Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).